IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2020-007206-CA-01

**Clarence Lawrence,**

    Plaintiff,

v.

**Target Corporation,**
a Foreign Corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**Comes Now,** the Plaintiff, **Clarence Lawrence,** by and through the undersigned counsel, sues the Defendant, **Target Corporation,** a Foreign Corporation, and states the following:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of the minimum jurisdictional limits of this Court, to wit, Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.

2. Venue is proper in the 11th Judicial Circuit in and for Miami-Dade County, Florida because the alleged tortuous conduct occurred in Miami-Dade County, Florida.

3. At all times material, the Plaintiff, **Clarence Lawrence** is and was a resident of Miami-Dade County, Florida, over the age of eighteen (18) years and otherwise *sui juris.*

4. At all times material herein, the Defendant, **Target Corporation** (hereinafter "**Target**"), is a Foreign Corporation, authorized to do business and doing business in the State of Florida.

5. At all times material, **Target** owned, operated, controlled, rented, leased, maintained, and/or inspected Store #1075 located at 20500 SW. 112th Avenue, Miami, Florida

1

**EXHIBIT A**

33189 (hereinafter "Premises"), where this action accrued.

6. On or about July 27, 2017, the Plaintiff, **Clarence Lawrence**, was a business invitee on the Premises owned, leased, controlled, rented, inspected, and/or maintained by **Target**.

7. On said day, the Plaintiff, **Clarence Lawrence**, was at the above mentioned Premises located on said Premises when he slipped and fell on a liquid on the floor which had been allowed to accumulate and turn into a puddle.

8. The Plaintiff, **Clarence Lawrence**, has sustained foreseeable serious personal injuries and damages as more fully described hereinafter.

## COUNT I - NEGLIGENCE

The Plaintiff adopts, reavers and realleges every allegation contained in the General Allegations paragraphs 1 through 8 of this Complaint as if set forth herein and further allege:

9. At all times material, the Defendant, **Target** owned, leased, rented, and/or sold the Premises, wherein the Defendant, **Target**, personally, and/or by and through its agents, servants and/or employees operated, controlled, maintained, and/or conducted business.

10. At all times material, the Plaintiff, **Clarence Lawrence**, was a business invitee onto the Defendant's, **Target**, premises, thus lawfully on the Premises.

11. At all times material hereto, Defendant, **Target**, was responsible for the maintenance, safety, safekeeping and/or warning of dangers of the aforementioned Premises.

12. On or about July 27, 2017, the Plaintiff, **Clarence Lawrence**, while on **Target's** Premises, was caused to slip and fall on a liquid on the floor which had been allowed to accumulate and turn into a puddle.

13. The improperly maintained area in the Defendant's store created an unreasonable

and dangerous condition which the Plaintiff, **Clarence Lawrence**, was exposed to.

14. That the Defendant, **Target**, its agents, servants and/or employees, owed the Plaintiff a duty to use reasonable care in the care, safekeeping, maintenance and control of its property, and to warn the Plaintiff of any hazards, which this Defendant knew or should have known about and which were not as equally obvious to the Plaintiff, **Clarence Lawrence**.

15. That at said time and place, the Defendant, **Target**, its agents and/or employees were negligent and otherwise fell below acceptable standards of care including, but not limited to, the following:

   a) Caused or allowed a dangerous and defective condition, causing the Plaintiff to be exposed to the dangerous defective area on said Premises, which caused the Plaintiff, **Clarence Lawrence**, serious bodily injuries;

   b) Defendant negligently and carelessly failed to exercise due and reasonable care to monitor and inspect the subject defective and improperly maintained area, when Defendant knew or in the exercise of reasonable care should have known that the subject defective and improperly maintained area, and/or the area presented an unreasonable risk of harm to members of the public, visitors, and/or invitee and anyone traversing the subject area of the Defendant's Premise including the Plaintiff, **Clarence Lawrence**;

   c) Defendant negligently and carelessly failed to place cones, warning signs, or any other warning devices to secure the subject area so that it would not be exposed to members of the public, visitors, employees and/or invitees such as the Plaintiff, **Clarence Lawrence**, thus preventing Plaintiff from being injured by the aforementioned dangerous and defective condition on the Defendant's Premise;

   d) Defendant knew or in the exercise of reasonable care should have known of the above described dangerous condition, or in the alternative such dangerous and defective condition had existed for a length of time for which reasonable warning signs would have disclosed same;

   e) Defendant negligently exposed Plaintiff, **Clarence Lawrence**, to a foreseeable and unreasonable risk of harm and bodily injury;

   f) Defendant negligently failed to become adequately apprized of the extent

        of the dangerous condition of the area and to take reasonable preventative action;

g) Defendant failed to correct or adequately correct the unreasonably dangerous condition of the area on the Defendant's Premise, when said condition was either known to Defendant or had existed for a sufficient length of time such that the Defendant should have known of the same had Defendant exercised reasonable care; and/or

h) Defendant was otherwise negligent in the inspection and/or maintenance and by failing to warn of the dangerous conditions of the subject common area of the Defendant's Premise;

All of the above acts thereby breaching the duty of care to the Plaintiff.

16. As a direct, proximate and foreseeable result of the negligence of the Defendant, **Target**, on or about July 27, 2017, the Plaintiff, **Clarence Lawrence**, sustained injuries which were caused and activated by the accident herein sued upon, and the Plaintiff is suffering the following damages which exist and will continue into the future:

    a. Bodily injury;
    b. Pain and suffering;
    c. Disability;
    d. Physical Impairment/ Permanent Injuries;
    e. Aggravation of pre-existing condition;
    f. Mental Anguish;
    g. Medical bills and expenses, both in the past and in the future;
and/or
    j. Any and all other damages allowed by law.

17. Plaintiff has suffered such losses and damages in the past and will continue to suffer same in the future.

4

**WHEREFORE**, the Plaintiff, **Clarence Lawrence**, demands judgment against the Defendant, **Target Corporation,** for compensatory damages, in an amount in excess of Fifteen Thousand Dollars ($15,000.00) together with costs, interest, and any other relief that this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff, **Clarence Lawrence**, further demands a trial by jury of all issues triable as a right by Jury.

Respectfully Submitted,

Dated: March 26, 2020.

*/s/ Carlos A. Velasquez*
Carlos A. Velasquez, Esq.
Florida Bar No.: 755982
CVelasquez@VDATrialLawyers.com
Alejandro Larrazabal, Esq.
Florida Bar No.: 102708
ALarrazabal@VDATrialLawyers.com
Velasquez Dolan Arias, P.A.
101 N. Pines Island Road, Suite 201
Plantation, Florida 33324
Telephone:   (954) 382-0533
Facsimile :   (954) 382-0585
Attorney for Plaintiff